**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **TRUSSWAY INDUSTRIES, INC., et al.,** | ) **CASE NO. 04-21670;** |
| | ) **CASE NOS. 04-21687 through 04-21689** |
| **Debtors.** | ) **CASE NOS. 04-21691 through 04-21694** |
| | ) |
| | ) **CHAPTER 11** |
| | ) |
| | ) **Jointly Administered under** |
| | ) **Case No. 04-21670** |

_____

**FINAL DECREE**

Came on for consideration the Post-Confirmation Report and Application for Final Decree filed by Reorganized Trussway ("Reorganized Trussway") successor to the debtors in the above-captioned cases (the "Debtors"). The Court, having entered its Order confirming Third Amended Joint Plan of Reorganization (the "Confirmation Order") on May 18, 2005, and having been notified that the Plan became effective on May 31, 2005, pursuant to which the Plan was consummated and the Debtors became Reorganized Trussway (as defined in the Plan) finds that the estates of the Debtors have been fully administered, that there is no impediment to the entry of a Final Decree in these cases, and that there is no justification for the Court to continue to exercise its jurisdiction. Pursuant to Federal Rule of Bankruptcy Procedure 3022, it is hereby

ORDERED that the Chapter 11 cases of the Debtors are closed as of the date of the entry of this Order; and it is further

ORDERED that this Court reserves the right to reopen this case upon motion of a party-in-interest if circumstances so warrant.

SIGNED THIS _____ DAY OF OCTOBER, 2006.

November 29, 2006

_____
United States Bankruptcy Judge

d-1429787_1.DOC